303 Ga. 804
FINAL COPY

S11Y0601. IN THE MATTER OF JENNIFER DAWN LeDOUX.

PER CURIAM.

The Court having reviewed the Notice of Compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that Jennifer Dawn LeDoux has met the conditions for reinstatement as specified by this Court (see In the Matter of LeDoux, 288 Ga. 777 (707 SE2d 88) (2011)), it is hereby ordered that Jennifer Dawn LeDoux be reinstated to practice law in the State of Georgia.

Reinstated. All the Justices concur.

Decided June 15, 2018.

Reinstatement.

Warren R. Hinds, for LeDoux.

Paula J. Frederick, General Counsel State Bar, Wolanda R. Shelton, Assistant General Counsel State Bar, for State Bar of Georgia.